938

No. 495. HOLMSTROM *v.* ILLINOIS. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *John Chivari* for appellant. *Robert W. Qualey* for appellee.

No. 413. NATIONAL LABOR RELATIONS BOARD *v.* F. W. WOOLWORTH CO. *Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Court of Appeals is reversed. The Board acted within its allowable discretion in finding that under the circumstances of this case failure to furnish the wage information constituted an unfair labor practice. *Labor Board* v. *Truitt Mfg. Co.,* 351 U. S. 149; cf. *Universal Camera Corp.* v. *Labor Board,* 340 U. S. 474.

*Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli* and *Frederick U. Reel* for petitioner. *John W. Burke, Jr.* and *George O. Bahrs* for respondent.

No. 509. SEIBERT ET AL. *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Morris Lavine* for appellants. *Solicitor General Rankin, Assistant Attorney General Townsend, James D. Hill, George B. Searls* and *Irwin A. Seibel* for the Attorney General, appellee.